IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RICKY D. LARRY,
    Plaintiff,

vs.                                Case No. 5:16cv107/LAC/EMT

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,
    Defendant.
_____/

# **O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated August 30, 2017 (ECF No. 17). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that it should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     The decision of the Commissioner is **REVERSED** and this action is

**REMANDED** for further administrative proceedings.

**DONE AND ORDERED** this 28th day of September, 2017.

　　　　　　　　　　　　　　s/*L.A. Collier*
　　　　　　　　　　　　　　**LACEY A. COLLIER**
　　　　　　　　　　　　　　**SENIOR UNITED STATES DISTRICT JUDGE**