IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RICKY D. LARRY,
    Plaintiff,

v.                                      Case No.: 5:16cv107/LAC/EMT

NANCY A. BERRYHILL, Acting
Commissioner of the Social Security
Administration,
    Defendant.
_____/

## O R D E R

    This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated January 4, 2018 (ECF No. 23). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

    Having considered the Report and Recommendation, I have determined that it should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    Plaintiff shall recover fees in the amount of $5,751.73, for time expended

by his counsel in representing him before the United States District Court for the Northern District of Florida pursuant to 28 U.S.C. § 2412 (EAJA).  The fee award is subject to an offset to satisfy any qualifying outstanding debt that Plaintiff may owe to the United States.  Costs in the amount of $56.52 shall also be awarded to Plaintiff, to be paid from the Judgment Fund administered by the United States Treasury.

      3.    If Plaintiff receives all or any portion of the EAJA fee award, it shall be mailed to him in care of his attorney, Heather Freeman, Law Office of Heather Freeman, PLLC,  Post Office Box 13962, Tallahassee, FL  32308.

**DONE AND ORDERED** this 31st day of January, 2018.

    s/*L.A. Collier*
    **LACEY A. COLLIER**
    **SENIOR UNITED STATES DISTRICT JUDGE**